# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS (URBANA)

| | |
|---|---|
| MICHELE VAN HISE, | |
| Plaintiff, | Case No. 2:15-cv-02284- HAB |
| v. | |
| ADVANCE STORES COMPANY INC. d/b/a ADVANCE AUTO PARTS, | Filed Electronically |
| Defendant. | |

## STIPULATION OF DISMISSAL

Plaintiff, Michele Van Hise, and Defendant, Advance Stores Company Inc. d/b/a Advance Auto Parts, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1. This action shall be DISMISSED, with prejudice; and

2. No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and,

3. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

IT IS SO STIPULATED.

DATED: December 5, 2016.

| | |
|---|---|
| */s/ Benjamin J. Sweet* | */s/ Joseph J. Lynett* |
| Benjamin J. Sweet | Joseph J. Lynett |
| Stephanie K. Goldin | JACKSON LEWIS P.C. |
| CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP | 44 South Broadway |
| | 14th Floor |
| 1133 Penn Avenue, 5th Floor | White Plains, NY 10601 |
| Pittsburgh, PA 15222 | (914) 872-6888 |
| (412) 322-9243 | |
| | Attorneys for Defendant |

Matthew H. Armstrong
ARMSTRONG LAW FIRM LLC
8816 Manchester Rd. No. 109
St. Louis, MO 63144
Tel: 314-258-0212
matt@mattarmstronglaw.com

*Attorneys for Plaintiff*